## COHEN, WEISS AND SIMON LLP
### COUNSELLORS AT LAW
330 WEST 42ND STREET
NEW YORK, N.Y. 10036-6976

(212) 563-4100

WRITER'S DIRECT INFORMATION:

PHONE: 212-356-0235
FAX: 646-473-8235
E-MAIL: LGOMEZ@CWSNY.COM

BRUCE H. SIMON
ROBERT S. SAVELSON
STEPHEN B. MOLDOF
MICHAEL E. ABRAM
KEITH E. SECULAR
PETER HERMAN
RICHARD M. SELTZER
JANI K. RACHELSON
BABETTE CECCOTTI*
SUSAN DAVIS*
MICHAEL L. WINSTON
THOMAS N. CIANTRA
JOSEPH J. VITALE*
PETER D. DECHIARA
LISA M. GOMEZ*
BRUCE S. LEVINE
TRAVIS M. MASTRODDI
DAVID R. HOCK*

SAMUEL J. COHEN (1908-1991)
HENRY WEISS (1910-2004)

RICHARD C. HARMON
SENIOR ATTORNEY

CLAIRE TUCK*
MARCELLE J. HENRY
EVAN HUDSON-PLUSH*
MICHAEL S. ADLER*
JOSHUA ELLISON*
ZACHARY N. LEEDS*
TZVI MACKSON
NOELIA E. HURTADO
DANYA AHMED*
KATE M. SWEARENGEN*

* ALSO ADMITTED IN NJ

October 17, 2012

By Fax 973-645-4549 and ECF

The Honorable Joseph A. Dickson
United States Magistrate Judge
United States District Court
District of New Jersey
Martin Luther King Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Montvale Surgical Center v. Horizon Blue Cross Blue Shield
      Civil Action No.: 12-2376 (CCC)

Dear Judge Dickson:

      This firm represents the Northern New Jersey Teamsters Benefit Plan, one of the defendants in the above-referenced case. By this letter, the Northern New Jersey Teamsters Benefit Plan respectfully requests an adjournment of the upcoming status conference currently scheduled for October 22, 2012 at 11:00 a.m. This is the first request for an extension. Counsel for plaintiff and counsel for co-defendant Horizon Blue Cross Blue Shield consent to this request.

      We request this adjournment as, due to other commitments that cannot be changed, both I and Claire Tuck of this firm, who are handling this matter, are unavailable to appear in court at this date and time. Accordingly, we respectfully request that the conference be adjourned one week, to October 29, 2012, at 11:00 a.m. Counsel for plaintiff and counsel for Horizon have advised that the proposed new date and time are acceptable. If this new date and time are not acceptable to Your Honor, please let us know and we can choose another date and time.

      Thank you for Your Honor's consideration of this request.

00241869.1



COHEN, WEISS AND SIMON LLP

Hon. Joseph A. Dickson
October 17, 2012
Page 2

Respectfully submitted,

Lisa M. Gomez

LMG
cc:    Andrew R. Bronsnick, Esq. (via facsimile and ECF)
       Matthew A. Baker, Esq. (via facsimile and ECF)