IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER a/s/o MARIO VERA,<br><br>Plaintiffs,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC.; NORTHERN NEW JERSEY TEAMSTERS BENEFIT PLAN; ABC CORP. (1-10)(Said names being fictitious and unknown entities)<br><br>Defendants. | CIVIL ACTION NO.: 12-02376-CCC-JAD<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff and Horizon Blue Cross Blue Shield of New Jersey, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs against either party with prejudice.

Massood & Bronsnick, LLC

_/s/ Andrew R. Bronsnick_
Andrew R. Bronsnick, Esq.
*Attorney for Plaintiffs*

Connell Foley, LLP

_/s/ Matthew A. Baker_
Matthew A. Baker, Esq.
*Attorney for Horizon Blue Cross Blue Shield of New Jersey*

Dated: October 23, 2012

2797057-01