## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER a/s/o MARIO VERA, <br><br>                  Plaintiffs, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC.; NORTHERN NEW JERSEY TEAMSTERS BENEFIT PLAN; ABC CORP. (1-10)(Said names being fictitious and unknown entities) <br><br>                  Defendants. | CIVIL ACTION NO.: 12-02376-CCC-JAD <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

The matter in difference in the above entitled action having been amicably adjusted by and between Plaintiff and Horizon Blue Cross Blue Shield of New Jersey, it is hereby stipulated and agreed that the same be and is hereby dismissed without costs against either party with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorney for Plaintiffs*

Dated: October 23, 2012

Connell Foley, LLP

_____
Matthew A. Baker, Esq.
*Attorney for Horizon Blue Cross Blue Shield of New Jersey*

SO ORDERED

*s/Claire C. Cecchi*
_____
Claire C. Cecchi, U.S.D.J.

Date: 10/25/12

2797057-01