UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC. a/s/o MARIO VERA,<br><br>Plaintiff(s),<br><br>v.<br><br>NORTHERN NEW JERSEY TEAMSTERS BENEFIT PLAN; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>Defendant(s), | CIVIL ACTION NO.: 2:12-CV-02376-CCC-JAD<br><br>**CIVIL ACTION**<br><br>STIPULATION AND CONSENT ORDER |

IT IS HEREBY STIPULATED BY Plaintiff, Montvale Surgical Center, LLC a/s/o Mario Vera ("MSC") and Defendant Northern New Jersey Teamsters Benefits Plan, ("Plan") that the case shall be reinstated due to the fact that the case was inadvertently marked "closed."

Respectfully submitted,

By:   s/ Andrew R. Bronsnick
      Andrew R. Bronsnick, Esq.
      MASSOOD & BRONSNICK, LLC
      50 Packanack Lake Road East
      Wayne, New Jersey 07470
      Telephone: (973) 696-1900
      *Attorneys for Plaintiff*

By:   s/ Lisa M. Gomez

      Lisa M. Gomez
      Cohen, Weiss and Simon LLP
      330 West 42nd Street, 25th Floor
      New York, NY 10036-6976

Dated: October 26, 2012

**Error! Unknown document property name.**

So ORDERED this 5th day of ~~October~~ Nov., 2012.

_____
Honorable Joseph A. Dickson
United States Magistrate Judge

Error! Unknown document property name.