UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC. a/s/o MARIO VERA,<br><br>Plaintiff(s),<br><br>v.<br><br>NORTHERN NEW JERSEY TEAMSTERS BENEFIT PLAN; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>Defendant(s), | CIVIL ACTION NO.: 2:12-CV-02376-CCC-JAD<br><br>**CIVIL ACTION**<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED BY Plaintiff, Montvale Surgical Center, LLC a/s/o Mario Vera and Defendant Northern New Jersey Teamsters Benefits Plan that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed without prejudice, with each party to bear its own costs.

Dated: October 11, 2013

Respectfully submitted,

By:   s/ Andrew R. Bronsnick
      Andrew R. Bronsnick, Esq.
      MASSOOD & BRONSNICK, LLC
      50 Packanack Lake Road East
      Wayne, New Jersey 07470
      Telephone: (973) 696-1900
      *Attorneys for Plaintiff*

By:   s/ Lisa M. Gomez
      Lisa M. Gomez
      Cohen, Weiss and Simon LLP
      330 West 42nd Street, 25th Floor
      New York, NY 10036

Telephone: (212) 356-0235
*Attorneys for Defendant Northern New Jersey Teamsters Benefit Plan*

So ORDERED this 16th day of October, 2013.

*[signature: Claire C. Cecchi]*

U.S.D.J.